**WILSON ELSER**
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
JONATHAN C. PATTILLO, ESQ.
Nevada Bar No. 13929
E-mail: Jonathan.Pattillo@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for O'Reilly Auto Enterprises, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Carlos A. Archila, an individual<br><br>                Plaintiff,<br><br>vs.<br><br>O'Reilly Auto Enterprises, LLC, a Foreign Limited Liability Company, dba O'Reilly Auto Parts; Does I through X; and Roe Corporations I through X, inclusive,<br><br>                Defendant. | Case No.: 2:21-CV-1475-JCM-VCF<br><br>**Stipulation and Order to Dismiss with Prejudice** |

The parties stipulate to dismiss all claims in case 2:21-cv-1475, all parties to bear their own fees and costs. No trial date was set.

/ / /

/ / /

/ / /

/ / /

/ / /

282255569v.1

|  |  |
|---|---|
| **WILSON ELSER**<br>WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP<br><br>*/s/ Jonathan C. Pattillo*_____<br><br>Michael P. Lowry, Esq.<br>Nevada Bar No. 10666<br>Jonathan C. Pattillo, Esq.<br>Nevada Bar No. 13929<br>6689 Las Vegas Blvd. South, Suite 200<br>Las Vegas, NV 89119<br>Attorneys for O'Reilly Auto Enterprises, LLC | ALBRIGHT, STODDARD, WARNICK & ALBRIGHT<br><br>*/s/ Kyle W. Fenton*_____<br><br>Kyle W. Fenton, Esq.<br>Nevada Bar No. 16235<br>801 South Rancho Dr. Suite D-4<br>Las Vegas, NV 89106<br>Attorneys for Plaintiff |

IT IS SO ORDERED June 14, 2023.

_____
UNITED STATES DISTRICT JUDGE

-2-

282255569v.1